Andrew **BOEHM**, **Appellant**,

v.

**STATE of Missouri, Respondent.**

**No. ED 96433.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 24, 2012.

---

Laura G. Martin, Kansas City, MO, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Andrew Boehm appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2011).

---

1. All rule references are to Mo. R.Crim. P.2011, unless otherwise indicated.